MARC J. WINTHROP - State Bar No. 63218
mwinthrop@winthropcouchot.com
GARRICK A. HOLLANDER - State Bar No. 166316
ghollander@winthropcouchot.com
JEANNIE KIM – State Bar No. 270713
jkim@winthropcouchot.com
**WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**
660 Newport Center Drive, Fourth Floor
Newport Beach, CA 92660

Telephone:  (949) 720-4100
Facsimile:   (949) 720-4111

[Proposed] General Insolvency Counsel for
Debtor and Debtor-in-Possession

FILED & ENTERED

SEP 26 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY nbolte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No. 8:11-bk-23362-ES |
| ENERGY AND POWER SOLUTIONS, INC., a Delaware corporation, | Jointly Administered with Case Nos. 8:11-23364-ES; 8:11-23365-ES; 8:11-23369-ES; 8:11-23370-ES; 8:11-bk-23372-ES |
| Debtor and Debtor-in-Possession. | Chapter 11 Proceedings |
| | **ORDER AUTHORIZING JOINT ADMINISTRATION OF CHAPTER 11 CASES** |
| | [No Hearing Requested] |

On September 23, 2011, Energy and Power Solutions, Inc., a Delaware corporation, the debtor and debtor-in-possession herein (the "Debtor"), filed its Emergency Motion for Order Authorizing Joint Administration of Chapter 11 Cases (the "Motion").

The Court having read and considered the Motion, the Declarations of Peter Ludlum in support thereof, and the Court having found that good cause exists for granting the Motion without notice or hearing, and good cause appearing therefor, it is hereby

**ORDERED** that:

1. The Debtor's Motion is granted.

2. The Chapter 11 cases of the following debtors shall be jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure as set forth on Exhibit "2" to the Motion.

3. The joint administration of the Chapter 11 cases of Energy and Power Solutions, Inc, a Delaware corporation; DairyGen, LLC, a California limited liability company; NEC - EPS Holding, LLC, a Delaware limited liability company; Lynn Energy Center, LLC, a Delaware limited liability company; COI Energy Center, LLC, a Delaware limited liability company; and Franklin Energy Center, LLC, a Delaware limited liability company, shall include, without limitation, the following:

    a. the use of a joint pleadings docket (i.e., the docket established for the case of Energy and Power Solutions, Inc., Case No. 8:11-bk-23362-ES) for the filing of pleadings and the lodging and entry of orders, judgments, and related documents (but excluding schedules of assets and liabilities, statements of financial affairs, proofs of claim, requests for payment of administrative expenses, and the notice of joint administration);

    b. the use of a joint pleadings caption;

    c. combining of notices to creditors and other parties in interest;

    d. scheduling of hearings; and

    e. joint and several liability for the estates for administrative expenses.

1      4.     Notice of the joint administration of the estates shall be filed separately and docketed in each of the debtors' cases, and shall be served on all creditors and parties-in-interest in each case in substantially the form of the proposed notice attached as Exhibit "1" to the Motion.

####

DATED: September 26, 2011

_Scott C. Clarkson_
United States Bankruptcy Judge

-3-

Order#62367#a47576b2-bae0-47aa-bc27-879983a07ede

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 660 Newport Center Drive, 4th Fl., Newport Beach, CA 92660.

A true and correct copy of the foregoing document described as: **ORDER AUTHORIZING JOINT ADMINISTRATION OF CHAPTER 11 CASES** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on September 23, 2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**Via Attorney Service**
Honorable Erithe Smith
Ronald Reagan Federal Bldg.
411 W. Fourth St., Suite 5041
Santa Ana, CA 92701


Nancy S Goldenberg    nancy.goldenberg@usdoj.gov

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 23, 2011 | Viann Corbin | /s/ *Viann Corbin* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*): **ORDER AUTHORIZING JOINT ADMINISTRATION OF CHAPTER 11 CASES** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of September 23, 2011, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- Garrick A Hollander    ghollander@winthropcouchot.com, gcrumpacker@winthropcouchot.com;pj@winthropcouchot.com
- Leo D Plotkin    lplotkin@lsl-la.com, dsmall@lsl-la.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐    Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Energy and Power Solutions, Inc.**
150 Paularino Ave.
Suite A-120
Costa Mesa, CA 92626

☐    Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐    Service information continued on attached page