1  MARC J. WINTHROP – State Bar No. 63218
   mwinthrop@winthropcouchot.com
2  GARRICK A. HOLLANDER – State Bar No. 166316
   ghollander@winthropcouchot.com
3  **WINTHROP COUCHOT**
   **PROFESSIONAL CORPORATION**
4  660 Newport Center Drive, Suite 400
   Newport Beach, CA 92660
5  Telephone: (949) 720-4100
   Facsimile: (949) 720-4111
6
   [Proposed] General Insolvency Counsel
7  for Debtors and Debtors-in-Possession

8
9              UNITED STATES BANKRUPTCY COURT
10             CENTRAL DISTRICT OF CALIFORNIA
11                    SANTA ANA DIVISION
12

13 | In re:                                              | Case No. 8:11-bk-23362 SC
14 | ☒ ENERGY AND POWER                                  |
15 |    SOLUTIONS, INC., a Delaware corporation          | Jointly Administered with Case Nos.
   |                                                     | 8:11-bk-23364 SC; 8:11-bk-23365 SC;
16 | ☐ DAIRYGEN, LLC, a California                       | 8:11-bk-23369 SC; 8:11-bk-23370 SC;
   |    limited liability company                        | 8:11-bk-23372 SC
17 |                                                     |
   | ☐ NEC - EPS HOLDING, LLC,                           | Chapter 11 Proceedings
18 |    a Delaware limited liability company             |
19 | ☐ FRANKLIN ENERGY CENTER,                           | **DEBTOR'S EMERGENCY MOTION FOR**
   |    LLC, a Delaware limited liability                | **ORDER APPROVING STIPULATION FOR**
20 |    company                                          | **DEBTOR'S USE OF CASH COLLATERAL;**
   |                                                     | **MEMORANDUM OF POINTS AND**
21 | ☐ LYNN ENERGY CENTER, LLC,                          | **AUTHORITIES**
   |    a Delaware limited liability company             |
22 | ☐ COI ENERGY CENTER, LLC,                           | [DECLARATION OF PETER LUDLUM IN
   |    a Delaware limited liability company             | SUPPORT THEREOF FILED
23 |                                                     | CONCURRENTLY HEREWITH]
24 |                                                     |
   | ☐ ALL DEBTORS                                       | [11 U.S.C. § 363; Local Bankruptcy Rule 9075-
25 |                                                     | 1(a)]
26 |           Debtors and                               | DATE:   September 29, 2011
   |           Debtors-in-Possession.                    | TIME:   10:00 a.m.
27 |                                                     | PLACE:  Courtroom 5C
28 |                                                     |         411 W. Fourth St.
   |                                                     |         Santa Ana, CA 90071

MAINDOCS-#166916-v1-EPS_MtnApprCashColalteralStip.DOC

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; CREDITORS; AND PARTIES-IN-INTEREST:**

Energy and Power Solutions, Inc., a Delaware corporation ("EPS"), the debtor and debtor-in-possession ("Debtor"), hereby moves ("Motion") the Court, for an order granting to the Debtor the following relief:

A)  Approving the Stipulation for Debtor's Use of Cash Collateral ("Stipulation"), entered into by and among Silicon Valley Bank ("SVB"), NGEN II, L.P. ("NGEN" or "Collateral Agent"), as collateral agent for certain bridge note holders defined below, and EPS, one of the jointly administered debtors and debtors-in-possession in the above chapter 11 proceedings, a copy of which is attached as Exhibit "5" to the Declaration of Peter Ludlum ("Ludlum Declaration"); and

B)  Such further relief as the Court deems just and proper.

This Motion is based upon the Memorandum of Points and Authorities set forth herein, the Ludlum Declaration appended hereto, the papers, pleadings and other documents on file in the Debtor's chapter 11 case, and all supplemental evidence, both oral and documentary, that the Debtor may submit to this Court at or before the time of the hearing on this Motion.

**WHEREFORE,** the Debtor prays that this Court enter an Order granting the Motion and such further relief as the Court deems just and proper.

DATED: September 27, 2011

WINTHROP COUCHOT
PROFESSIONAL CORPORATION

By: /s/ Marc J. Winthrop
Marc J. Winthrop
Garrick A. Hollander
[Proposed] General Insolvency Counsel for
the Debtor and Debtor-in-Possession

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.

## STATEMENT OF FACTS

**A.  General Background of Debtor.**

EPS is a Delaware corporation that is affiliated with five limited liability companies. The following is a schematic of EPS's corporate structure:



---

[1] DairyGen, LLC owns no assets and has no operations.
[2] NEC - EPS Holding, LLC is a holding company with no assets other than the equity in its subsidiaries.
[3] Lynn Energy Center, LLC owns as its only asset a cogeneration plant located on the property of Garelick Farms in Lynn, Massachusetts, which has been shut down and is not currently operating.
[4] COI Energy Center, LLC owns as its only asset a cogeneration plant located on the property of White Wave Foods in the City of Industry, California, which has been shut down and is not currently operating.
[5] Franklin Energy Center, LLC owns as its only asset a cogeneration plant located on the property of Garelick Farms in Franklin, Massachusetts, which has been shut down and is not currently operating.

Note: none of these subsidiaries have any employees.

EPS, founded in 2002, provides energy efficiency services to manufacturing and other commercial organizations, and owns combined heat and power ("CHP") cogeneration assets at customer locations pursuant to long term energy service agreements. The following is a description of the three business segments in which EPS operates:

1.  xChangePoint®. xChangePoint® is a comprehensive software and consulting platform that tracks real-time usage of electricity, natural gas and water on an equipment, plant and enterprise-wide basis, providing a single portal through which to

manage multi-facility energy usage and associated carbon emissions. EPS has two patent applications pending in the U.S. and one patent application pending in each of Brazil, Canada and the European Union. The patents focus on the proprietary method by which the xChangePoint® system compresses, collects and displays data as it is being processed.

2.  Energy Projects. EPS designs, engineers, develops and arranges financing for energy efficiency and clean energy generation projects. EPS identifies these projects through direct sales channels and xChangePoint®, which harvests information across multiple sites to identify savings opportunities at both the plant and enterprise level.

EPS also delivers automated demand response through controls technology that is compatible with and incremental to xChangePoint®. Demand response has become increasingly important in many utility jurisdictions due to pressures on the grid system during peak demand periods.

3.  Asset Operations. EPS owns CHP projects located at customer sites. None of the sites is operating. When operating, the CHP projects sell energy to customers at prices lower than competing utility rates. EPS owns four CHP projects totaling 9.1 MW through its subsidiary special purpose entities.

EPS employs approximately thirty-five (35) persons at its office facility located at 150 Paularino Avenue, Suite A-120, Costa Mesa, California 92626.

**B.   EPS's Secured Debt Structure.**

As of the Petition Date, EPS owed approximately $2.65 million to SVB and approximately $5.3 million to NGEN. SVB asserts a senior secured claim against substantially all assets of EPS based on its filing of UCC-1s on December 24, 2009 and May 20, 2010. NGEN asserts a secured claim against substantially all assets of EPS based on its filing of a UCC-1 on September 30, 2010.

As of the Petition Date, NEC - EPS Holding, LLC, Lynn Energy Center, LLC, COI Energy Center, LLC, and Franklin Energy Center, LLC collectively owed approximately $5.0 million to TD Bank. TD Bank asserts a secured claim against substantially all assets of DairyGen, LLC; NEC - EPS Holding, LLC; Lynn Energy Center, LLC; COI Energy Center, LLC;

1 and Franklin Energy Center, LLC, based on the filing of a UCC-1 on May 4, 2005 and an

2 amendment and continuation statement filed on March 8, 2010.

## II.

## THIS COURT SHOULD APPROVE THE STIPULATION

Pursuant to Section 363(c) of the Bankruptcy Code:

> (2) The trustee may not use, sell, or lease cash collateral under paragraph (1) of this subsection unless—
> (A) each entity that has an interest in such cash collateral consents; or
> (B) the court, after notice and a hearing, authorizes such use, sale, or lease in accordance with the provisions of this section.

11 U.S.C. § 363; see also Rule 4001(d)(1) of the Federal Rules of Bankruptcy Procedure (authorizing the Court to approve consensual arrangements for the use of cash collateral and debtor-in-possession financing).

As evidenced by the Stipulation, the Debtor has obtained the consent of SVB and the Collateral Agent for use of cash collateral. Approval of the Stipulation is imperative for the Debtor to avoid a default under the Bank Loan Agreements defined in the Stipulation. Moreover, absent the Debtor's ability to use the cash collateral, the Debtor would be unable to pay the costs of operating, maintaining and managing its business affairs, thereby jeopardizing the Debtor's efforts to maximize value for creditors pursuant to a sale of substantially all assets of the estate, which is likely to occur within the next sixty (60) days. Accordingly, the Court should approve the Stipulation.

## III.

## CONCLUSION

For the foregoing reasons, the Debtor respectively requests that the Court grant the relief prayed for herein.

DATED: September 27, 2011

WINTHROP COUCHOT
PROFESSIONAL CORPORATION

By: /s/ Marc J. Winthrop
Marc J. Winthrop
Garrick A. Hollander
[Proposed] General Insolvency Counsel for
the Debtor and Debtor-in-Possession

-5-

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 660 Newport Center Drive., 4th Fl., Newport Beach, CA 92660.

A true and correct copy of the foregoing document described as **DEBTOR'S EMERGENCY MOTION FOR ORDER APPROVING STIPULATION FOR DEBTOR'S USE OF CASH COLLATERAL; MEMORANDUM OF POINTS AND AUTHORITIES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On September 27, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Nancy S Goldenberg     nancy.goldenberg@usdoj.gov
- Garrick A Hollander    ghollander@winthropcouchot.com, gcrumpacker@winthropcouchot.com;pj@winthropcouchot.com
- Leo D Plotkin     lplotkin@lsl-la.com, dsmall@lsl-la.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On September 27, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on September 27, 2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**Via Attorney Service**
Honorable Scott C. Clarkson
Ronald Reagan Federal Bldg.
411 W. Fourth St., Suite 5130
Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 27, 2011 | Viann Corbin | /s/ Viann Corbin |
|---|---|---|
| Date | Type Name | Signature |

SERVICE VIA OVERNIGHT DELIVERY

| | | |
|---|---|---|
| Energy and Power Solutions, Inc.<br>Peter B. Ludlum, CFO<br>150 Paularino Ave, Suite A-120<br>Costa Mesa, CA 92626 | Office of the U.S. Trustee<br>Nancy Goldenberg, Esq.<br>411 W. Fourth St., #9041<br>Santa Ana, CA 92701-4593 | EPS – Special Notice,20Largest, Secured<br>Document No. 167172 |
| Vantage Point Venture Partners IV, et al.<br>Attn: Harold Friedman<br>1001 Bayhill Dr., #300<br>San Bruno, CA 94066 | OneSource Distributors<br>Attn: Corporate Officer<br>Dept 2388<br>Los Angeles, CA 90084-2388 | (a) **Secured Party**<br>**NEF**<br>(b) **Silicon National Bank**<br>(c) **Levy, Small & Lallas**<br>(d) **Leo D. Plotkin, Esq.**<br>(e) **815 Moraga Dr.**<br>(f) **Los Angeles, CA 90049** |
| California Teachers Retirement Fund,<br>c/o Vantage Point<br>Attn: Harold Friedman<br>1001 Bayhill Dr., #300<br>San Bruno, CA 94066 | Chicago Electric Sales, Inc.<br>Attn: Rosemary Gardner<br>490 Tower Boulevard<br>Carol Stream, IL 60188 | Counsel to NGEN II<br>Stephen O'Neill, Esq.<br>Murray & Murray<br>19400 Stevens Creek Blvd., #200<br>Cupertino, CA 95014-2548 |
| RFW Construction Group<br>Attn: Corporate Officer<br>1801 Hwy 51 North<br>Dyersberg, TN 38024 | Husky Injection Molding Sys Ltd<br>Attn: Michael Marshall<br>55 Amhurst Villa Road<br>Buffalo, NY 14225 | Delaware Secretary of State<br>Delaware Division of Corp<br>P.O. Box 11728<br>Newark, NJ 07101-4728 |
| Johnson's Boiler & Control Inc<br>Attn: Wayne Johnson<br>2440 S Gearhart Ave.<br>Fresno, CA 93725 | Stan Vierra Electric, Inc.<br>Attn: Stan Vierra<br>12833 6th Ave.<br>Hanford, CA 93230 | Charles Allured<br>11111 Grass Valley Rd.<br>Grass Valley, CA 95945 |
| Fred Karsner<br>3529 Chaney Lane<br>Plano, TX 75093 | **Bennett Jones, LLP**<br>**Attn: Managing Partner**<br>**P.O. Box 130**<br>**Toronto, ON M5X 1A Canada** | Secured Party<br>NGEN II, L.P., AS COLLATERAL AGENT<br>1114 STATE ST STE 247<br>SANTA BARBARA, CA 93101-2731 |
| Ernst & Young, LLP<br>Attn: Peter Zofrea<br>Dept 6793,<br>Los Angeles, CA 90084-6793 | Graphic Electric, Inc.<br>Attn: Janel Zabzneh<br>6644 E. 26th Street<br>Commerce, CA 90040 | SILICON VALLEY BANK<br>Attn: Authorized Agent<br>3003 TASMAN DR<br>SANTA CLARA, CA 95054-1191 |
| Sheppard Mullin Richter & Hampton<br>Attn: Managing Partner<br>333 S Hope, 48th Fl.<br>Los Angeles, CA 90071 | Delta Wye Electric, Inc.<br>Attn: Carl Kasalek<br>1010 E. Lacy Ave.<br>Anaheim, CA 92805 | Secured Creditor<br>HEARTLAND BUSINESS CREDIT<br>390 UNION BLVD STE 600<br>LAKEWOOD, CO USA 80228-1557 |
| Iyad Darcazallie<br>1 Sonia St.<br>Oakland, CA 94618 | Strategic Mechanical<br>Attn: Ken McNeal<br>4661 E. Commerce Ave.<br>Fresno, CA 93725 | **ADI Systems, Inc.**<br>**Attn: Scott Young**<br>**1133 Regent St., #300**<br>**Fredericton, NB E3B3Z2 Canada** |

| | |
|---|---|
| 1 | |
| 2 | Western Energy Systems<br>Attn: Corporate Officer<br>8330 State Rd.<br>Philadelphia, PA 19136 |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

-8-

MAINDOCS-#166916-v1-EPS_MtnApprCashColalteralStip.DOC