LEO D. PLOTKIN, ESQ. (SBN 101893)
LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations
815 Moraga Drive
Los Angeles, CA  90049
Telephone:   (310) 471-3000
Facsimile:   (310) 471-7990
Email:   lplotkin@lsl-la.com

Attorneys for Secured Creditor
SILICON VALLEY BANK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| In re: | Case No. 8:11-bk-23362-SC |
|---|---|
| ☒   ENERGY & POWER SOLUTIONS, INC., a Delaware corporation | Jointly Administered with Case Nos. 8:11-bk-23364 SC; 8:11-bk-23365 SC; 8:11-bk-23369 SC; 8:11-bk-23370 SC; 8:11-bk-23372 SC |
| ☐   DAIRYGEN, LLC, a California limited liability company | |
| ☐   NEC - EPS HOLDING, INC., a Delaware corporation | Chapter 11 Proceeding |
| ☐   FRANKLIN ENERGY CENTER, LLC, a Delaware limited liability company | **REPLY BRIEF OF SECURED CREDITOR SILICON VALLEY BANK IN SUPPORT OF DEBTOR'S MOTION FOR ORDER APPROVING STIPULATION TO USE CASH COLLATERAL** |
| ☐   LYNN ENERGY CENTER, LLC, a Delaware limited liability company | |
| ☐   COI ENERGY CENTER, LLC, a California limited liability company | |
| ☐   ALL DEBTORS, | Date:          November 17, 2011 |
|           Debtors and           Debtors in Possession. | Time:          10:00 a.m. Courtroom:  5C |

Secured Creditor Silicon Valley Bank ("SVB") hereby responds to the Opposition of the Official Committee of Unsecured Creditors to Debtor's Motion for Order Approving Stipulation to Use Cash Collateral ("Opposition") as follows:

## I.    THE CHALLENGE PERIOD IS SUFFICIENT.

In the Opposition, the Committee asks for a challenge period of 90 days running from approval of the employment application for Committee counsel.  SVB submits that this is a fast-moving case, with a sale of the Debtor's assets likely to be approved and consummated prior to the end of November 2011, and the challenge period should not extend long, if at all, past the sale of the Debtor's assets.

As to SVB, not an insider or related party to the Debtor, review of the loan documentation should not take experienced Committee counsel very long—the Loan and Security Agreement is 30 pages, there is only one Amendment to the Loan and Security Agreement, and the Forbearance Agreement entered into on March 31, 2011 contains a release of SVB, and SVB's UCC filings are extremely short.  Review of the documentation does not entail review of "hundreds of pages" of documents.

## II.    PAYMENT TO SVB AT THE CLOSING OF THE SALE SHOULD BE ALLOWED, OR TAKEN UP AT THE TIME OF THE SALE HEARING.

The Debtor, which has reviewed the loan documentation and submitted a declaration attesting to its analysis of the loan documentation, has determined in the exercise of its business judgment to pay the secured claim of SVB in full when Debtor's assets are sold.  The reason for payment at the closing is an obvious one—the avoidance of additional interest charges, as well as additional attorneys' fees for SVB's counsel for as long as SVB is in the case.

1   At the first cash collateral hearing in this matter, this issue was raised with the Court and

2   counsel for SVB indicated that SVB is agreeable to the Sale Order providing for payment to

3   SVB at the closing, subject to SVB's agreement to disgorge proceeds in the event of a successful

4   challenge to SVB's claim.   SVB reiterates that proposal, which adequately addresses any

5   concern that the Committee might have.

6

7   DATED:  October 21, 2011                                LEO D. PLOTKIN

8                                                           LEVY, SMALL & LALLAS
                                                            A Partnership Including Professional
9                                                           Corporations

10

11                                                          By: /s/ Leo D. Plotkin

12                                                              Leo D. Plotkin
                                                            Attorneys for Secured Creditor
13  27530                                                   SILICON VALLEY BANK

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEVY, SMALL & LALLAS
A PARTNERSHIP INCLUDING
PROFESSIONAL CORPORATIONS
815 MORAGA DRIVE
LOS ANGELES, CA 90049

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
815 Moraga Drive, Los Angeles, California 90049-1633

A true and correct copy of the foregoing document described as **REPLY BRIEF OF SECURED CREDITOR
SILICON VALLEY BANK IN SUPPORT OF DEBTOR'S MOTION FOR ORDER APPROVING
STIPULATION TO USE CASH COLLATERAL** will be served or was served **(a)** on the judge in chambers in the
form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General
Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink
to the document. On **_October 21, 2011,_** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding
and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email
address(es) indicated below:

| | |
|---|---|
| Garrick A. Hollander, Esq. (Counsel for Debtor) | ghollander@winthropcouchot.com |
| Marc J Winthrop, Esq. (Counsel for Debtor) | mwinthrop@winthropcouchot.com |
| Nancy S Goldenberg, (Counsel for United States Trustee) | nancy.goldenberg@usdoj.gov |
| United States Trustee | ustpregion16.sa.ecf@usdoj.gov |
| Ronald Clifford, Esq. . (Counsel for Creditor Committee) | rclifford@blakeleyllp.com |
| Michael D. Good (Counsel for Penn Detroit Diesel-Allison, LLC) | mgood@southbaylawfirm.com |
| Joseph D Frank, Esq.  (Counsel for Creditor Chicago Electric Sales, Inc.) | jfrank@fgllp.com, rheiligman@fgllp.com |

**Request Special for Notice**

| | |
|---|---|
| Stephen T. O'Neill, Esq. (Counsel for NGEN II, LP) | soneill@murraylaw.com |
| Kevin J. Moore, Esq. (Counsel for Graphic Electric, Inc.) | kmoore@kjmlaw.com, ddoitch@kjmlaw.com |
| Ivan L. Kallick, Esq.,.  (Counsel for VantagePoint Venture Partners, IV) | ikallick@manatt.com |

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **_October 21, 2011,_** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail,
first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes
a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**VIA U.S. MAIL**
Benjamin W Loveland, Wilmer Cutler Pickering Hale And Dorr LLP, 60 State St Boston, MA 02109
George W. Shuster, Wilmer Cutler Pickering Hale And Dorr LLP, 60 State St Boston, MA 02109
P. Patty Li, Wilmer Cutler Pickering Hale And Dorr LLP, 350 S. Grand Ave., Ste 2100, Los Angeles, CA 90071

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                    **F 9013-3.1.PROOF.SERVICE**

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **_October 21, 2011,_** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**VIA MESSENGER**
The Honorable Scott C. Clarkson
United States Bankruptcy Court
Chambers for Courtroom 5C
411 West Fourth Street
Santa Ana, CA  92701


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 21, 2011 | Heidi Petrilli | /s/Heidi Petrilli |
|---|---|---|
| _Date_ | _Type Name_ | _Signature_ |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_August 2010_                                                                **F 9013-3.1.PROOF.SERVICE**